ORIGINAL

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1) OLIVER LEWIS 188943
  (Name of Plaintiff)      (Inmate Number)
PO Box 9561-HRYCI
Wilmington De 19809
  (Complete Address with zip code)


(2) OLIVER LEWIS 188943
  (Name of Plaintiff)      (Inmate Number)
222 N.Clayton Street
Wilmington De 19805
  (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

                    vs.

(1) CMS(CORRT, MEDIAL SERICES
(2) Dr YOSHI C.M.S

(3)_____
          (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:
:
:
:     0 6 -   1 4 1
:
:        (Case Number)
:   ( to be assigned by U.S. District Court)
:
:
:
:
:
:
:
:     **CIVIL  COMPLAINT**
:
:
:
:     • •  Jury Trial Requested
:
:
:
:

## I.  PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE

2006 MAR - 1  PM 4: 21
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

**II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?   • (Yes) • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   • (Yes) • •No

C.    If your answer to "B" is Yes:

1.    What steps did you take? I Filed a medical grievance with the medical group C.M.S

2.    What was the result? I seen by the new mental hailth Doctor

D.    If your answer to "B" is No, explain why not: _____

**III.    DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: CMS CORRECTIONAL MEDICAL SERICES

Employed as Department of Corrt at Howard R Young Corrt, Facitily

Mailing address with zip code: 1301 E 12th Street or PO Box 9561

HRYCI Wilmington Delaware 19809

(2) Name of second defendant: Dr. YOSHI

Employed as C.M.S at HRYCI

Mailing address with zip code: 1301 E. 12th Street or PO Box 9561

HRYCI Wilmington Delaware 19809

(3) Name of third defendant: HOWARD YOUNC CORREC IONAl INSTITUTION

Employed as Department of Corrt, at HRYCI

Mailing address with zip code: 1301 E 12th Street or P.O. Box 9561

HRYCI Wilmington Delaware 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I was under the care of Correctional medical services by Dr Yoshi in the month of Aug,1,2005 with a mental illness. From Aug,12005 entil Jan, 22,2006 I was giving the medication

2. (Eleveal) by Dr Yoshi with out a mental health evaluation or emotional evaluation. the medication made me have side effects, sleep disorder, non-national behavior, mood

3. swings and Hallucinations and cause me to get in a fight with another inmate.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want relief for my pain and suffering relief for my mental state of mind in the amost of 1.3 million dollar's

3

2.  _____
    _____
    _____
    _____
    _____

3.  _____
    _____
    _____
    _____
    _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _29_ day of _January_, 2_006_

_Olin Lewer_
(Signature of Plaintiff 1)

_Olin Lewer_
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4