IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLIVER LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-141-JJF |
| | ) |
| C.M.S. and DR. YOSHI, | ) |
| | ) |
| Defendants. | ) |

### O R D E R

WHEREAS, Plaintiff Oliver Lewis filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 15, 2006, the Court entered an order requiring Plaintiff, within 30 days from the date the order was sent, to submit a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 4);

WHEREAS, to date, the required documents have not been received from Plaintiff;

THEREFORE, at Wilmington this 26 day of April, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is not required to pay the $250.00 filing fee.

UNITED STATES DISTRICT JUDGE